FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 OCT 14 A 8: 47

Docket No. 8: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

CITIZENS BANK OF MASSACHUSETTS )
   Plaintiff )
    )
    )
vs.             MAGISTRATE JUDGE_____
    )
WACHOVIA BANK, N.A. )
   Defendant )

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____

### NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, Wachovia Bank, N.A. ("Defendant") respectfully alleges that:

1.    This is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one which Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action wherein the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between the citizens of different states. [Complaint, Paragraph Nos. 2 and 3].

2.    The Plaintiff, Citizens Bank of Massachusetts ("Plaintiff") is a Massachusetts bank with a usual place of business at 28 State Street, Boston, Massachusetts. The Defendant, Wachovia Bank, N.A., is a National Bank, chartered in the State of North Carolina, with its principal place of business in Charlotte, North Carolina.

3.    On or about June 25, 2004, Plaintiff commenced an action against Defendant in the Superior Court Department, Suffolk County entitled _Citizens Bank of Massachusetts_ v. _Wachovia Bank, N.A._, Civil Action No. 2004-02812B ("State Court Action").

4.    A courtesy copy of the Complaint filed in the State Court Action was faxed by Citizens' counsel to Wachovia on September 16, 2004. Attached hereto as Exhibit 1 is a true and accurate copy of the September 16, 2004 cover letter, Superior Court Tracking Order, the summons and Amended Complaint with a fax header showing transmission on Thursday, September 16, 2004 at 11:24 a.m.

5.    By reason of the foregoing, there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds the jurisdictional minimum amount.

WHEREFORE, Defendants pray that this action, now pending in the Superior Court Department of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 2004-02812B, be removed from the Superior Court to this Court.

<div style="margin-left: 40%;">

For the Defendant,
WACHOVIA BANK, N.A.
By Its Attorneys,
LECOMTE EMANUELSON
and DOYLE

Joseph T. Doyle, Jr., Esquire
BBO#:  133440
Matthew W. Perkins, Esquire
BBO#:  564868
Lecomte, Emanuelson and Doyle
Batterymarch Park II
One Pine Hill Drive, Suite 101
Quincy, MA  02169
617-328-1900

</div>

## CERTIFICATE OF SERVICE

I, Matthew W. Perkins, Esquire, of the law firm Lecomte, Emanuelson and Doyle, attorneys for the Defendant, Wachovia Bank, N.A., do hereby certify that I have on this __13__ day of October, 2004 served copies of the within documents, *Notice of Removal of Civil Action and Affidavit of Matthew W. Perkins*, by first class mail, postage prepaid to:

<div style="text-align: center;">

David C. Aisenberg, Esquire
BBO #545895
Looney, Cohen, Reagan & Aisenberg, LLP
109 State Street
Boston, MA  02109

</div>

<div style="margin-left: 40%;">

Matthew W. Perkins, Esquire
BBO #564868

</div>

2