# LOONEY, COHEN, REAGAN & AISENBERG LLP

COUNSELLORS AT LAW

109 STATE STREET
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 371-1050
TELECOPIER (617) 371-1051

September 16, 2004

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

First Union National Bank
International Division (FL 6042)
200 South Biscayne Blvd., 12th Floor
Miami, FL 33131
Attn: Letter of Credit Department or Paulette Smith

and

Andrew S. O'Hara
Vice President and Assistant General Counsel
Wachovia Bank
Legal Division
One Wachovia Center
301 S. College Street
Charlotte, NC 28288-0630

Re: Partial Draw under Standby Letter of Credit No. SB-98-01-06-001 ("Letter of Credit") Issued by Ocean Bank and Confirmed by First Union National Bank for Account of Bahig Bishay in favor of Citizens Bank of Massachusetts ("Beneficiary"); Your Reference No. X549226

Re: Citizens Bank of Massachusetts v. Wachovia Bank NA, Suffolk Superior Court, Massachusetts, Civil Action No. SUCV2004-02812-B

Dear Letter of Credit Department and Mr. O'Hara:

We represent the Beneficiary with respect to its draw under the Letter of Credit in the amount of $98,706.69. Enclosed is a copy of the Amended Complaint and the Tracking Order in the above-referenced litigation which has been filed on behalf of Citizens Bank of Massachusetts. A copy of the Summons is also enclosed, which has been issued and is hereby served (along with the Amended Complaint) pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

Attn: Letter of Credit Department or Paulette Smith
Andrew S. O'Hara
September 16, 2004
Page 2.

      Thank you for your attention to these matters, and please call if you have any questions.

Very truly yours,

David C. Aisenberg

DCA/cf
Enclosures
cc:   Richard Barry
     Brian E. Perryman (via facsimile
       336-735-0950)

# Commonwealth of Massachusetts
## County of Suffolk
### The Superior Court

CIVIL DOCKET # SUCV2004-02812-B

RE: Citizens Bank Massachusetts v Wachovia Bank NA

TO: David C Aisenberg, Esquire
Looney Cohen Regan & Aisenberg
109 State Street
Boston, MA 02109

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 09/23/2004 |
| Response to the complaint filed (also see MRCP 12) | 11/22/2004 |
| All motions under MRCP 12, 19, and 20 filed | 11/22/2004 |
| All motions under MRCP 15 filed | 11/22/2004 |
| All discovery requests and depositions completed | 04/21/2005 |
| All motions under MRCP 56 served and heard | 05/21/2005 |
| Final pre-trial conference held and/or firm trial date set | 06/20/2005 |
| Case disposed | 08/19/2005 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to session "B" sitting in CtRm 5 - 12th fl., 90 Devonshire St., Boston Suffolk Superior Court.

Dated: 07/20/2004

Michael Joseph Donovan
Clerk of the Court

BY: John F. Reveliotis
Assistant Clerk

Location: CtRm 5 - 12th fl., 90 Devonshire St., Boston
Telephone: 617-788-8141

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-2812 B

Citizens Bank of Massachusetts , Plaintiff(s)

v.

Wachovia Bank, N.A. , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon David C. Aisenberg, Looney, Cohen, Reagan, & Aisenberg LLP plaintiff's attorney, whose address is 109 State Street, Boston, MA 02109, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the 25th day of June, in the year of our Lord two thousand and four.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT -- (2) MOTOR VEHICLE TORT -- (3) CONTRACT -- (4) EQUITABLE RELIEF -- (5) OTHER

FORM CIV.P. 1 3rd Rev. 30M 10/2000

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.
SUCV2004-02812-B

CITIZENS BANK OF MASSACHUSETTS, )
    Plaintiff, )
v. )
WACHOVIA BANK, N.A., )
    Defendant. )

## AMENDED COMPLAINT

Plaintiff Citizens Bank of Massachusetts, by its attorneys, complains of the defendant as follows:

### INTRODUCTION

1. This is an action to enforce the rights of Citizens Bank of Massachusetts as a beneficiary under a standby letter of credit.

### PARTIES

2. The plaintiff Citizens Bank of Massachusetts ("Citizens") is a Massachusetts bank with a usual place of business at 28 State Street, Boston, Suffolk County, Massachusetts 02109.

3. The defendant Wachovia Bank, N.A. ("Wachovia") is a bank with a usual place of business at 401 Linden Street, Winston-Salem, NC 27101 and offices at One Wachovia Center, 301 South College Street, Charlotte, NC 28288 and 200 South Biscayne Boulevard, 12th Floor, Miami FL 33131. Wachovia does business in Massachusetts.

Oct-01-2004 04:55pm From-WACHOVIA LE Case 1:04-cv-12160-NG Document 1-3 +7045890649 Filed 10/14/2004 T-373 Page 6 of 14 P.002/014 F-116

SEP-16-2004 THU 11:25 AM LOONEY COHEN REAGAN AISE   FAX NO. 16173711051   P. 07

## FACTS

4. On or about January 22, 1998, Ocean Bank of Miami issued an irrevocable standby letter of credit no. SB-98-01-08-001 for the account of Bahig Bishay in favor of Citizens Bank of Massachusetts, One Citizens Plaza, Providence, RI 02903, Attn: General Counsel, for up to an aggregate amount of US$500,000, which was confirmed by First Union National Bank n/k/a Wachovia ("Letter of Credit"). A copy of the Letter of Credit is attached hereto as Exhibit A.

5. The Letter of Credit provides, in part, that it automatically renews unless First Union National Bank n/k/a Wachovia notifies Citizens as beneficiary via certified mail, return receipt requested to Citizens Bank of Massachusetts, One Citizens Plaza, Providence, RI 02903, Attn: General Counsel, at least 45 days prior to such expiration date that Ocean Bank elects not to renew this Letter of Credit. See Exhibit A.

6. Within the past year, and on or before October 30, 2003, Citizens made demand pursuant to the Letter of Credit for the amount of $98,706.59 (the "Demand").

7. Wachovia, as successor to First Union National Bank, refused to honor the Demand. Wachovia claims that it sent a proper notice of non-renewal of the Letter of Credit to Citizens. Wachovia also claims that the Letter of credit expired on December 31, 2002.

8. Citizens never received proper notice, correctly

2

addressed to Citizens Bank of Massachusetts, One Citizens Plaza, Providence, RI 02903, Attn: General Counsel, that the Letter of Credit has been cancelled or would not be renewed, as was required by the terms of the Letter of Credit. Therefore, the Letter of Credit has not expired.

9. On or about September 10, 2004, Citizens made a draw request ("Draw Request"). A copy of the Draw Request is attached hereto as Exhibit B.

10. By notice dated September 14, 2004, Wachovia sent a notice of dishonor and that the Letter of Credit had expired ("Notice of Dishonor"). A copy of the Notice of Dishonor is attached hereto as Exhibit C.

COUNT I

Breach of Contract

11. Citizens repeats and incorporates by reference, as if fully set forth herein, the allegations contained in paragraphs 1 through 10.

12. By refusing to honor the Draw Request, Wachovia is in breach of its obligations under the Letter of Credit.

13. As a result of the breach of its obligations under the Letter of Credit, Citizens has been damaged.

COUNT II

Violation of Chapter 93A

14. Citizens repeats and incorporates by reference, as if fully set forth herein, the allegations contained in paragraphs 1 through 13.

3

15. Citizens and Wachovia are "persons" within the meaning of Mass. Gen. Laws c. 93A.

16. The acts and practices material to this claim, including the refusal of Wachovia to honor the Demand of Citizens and other conduct described above, occurred primarily and substantially in Massachusetts.

17. The acts and practices material to this claim, including the refusal of Wachovia to honor the Demand of Citizens and other conduct described above, are unfair or deceptive within the meaning of Mass. Gen. Laws c. 93A.

18. Each of the unfair or deceptive acts or practices of Wachovia was done willfully and knowingly.

19. Each of the unfair or deceptive acts or practices of Wachovia is a violation of Mass. Gen. Laws c. 93A.

20. As a result of the unfair or deceptive acts or practices of Wachovia, Citizens has suffered damages.

COUNT III

Declaratory Judgment

21. Citizens repeats and incorporates by reference, as if fully set forth herein, the allegations contained in paragraphs 1 through 20.

22. There exists an actual case or controversy because, while Citizens is entitled to be paid under the Letter of Credit pursuant to the Draw Request, Wachovia has refused.

23. Citizens seeks a declaration that it is entitled

4

Oct-01-2004 04:55pm From-WACHOVIA LL +7045590649 T-442 P.010/015 F-116
Case 1:04-cv-12160-NG Document 1-3 Filed 10/14/2004 Page 9 of 14

SEP-16-2004 THU 11:26 AM LOONEY COHEN REAGAN AISE FAX NO. 16173711051 P. 10

to be paid and that the Letter of Credit has not been cancelled.

24. A declaration will resolve the controversy which exists concerning the entitlement of Citizens to the benefits of the Letter of Credit.

WHEREFORE, Citizens requests that this Court:

(a) Enter judgment for Citizens on Count I against the defendant Wachovia for all sums due under the terms of the Letter of Credit, and any other amounts allowed by law; and

(b) Enter judgment from Citizens on Count II against the defendant Wachovia for the full amount of their actual damages, trebled pursuant to Mass. Gen. Laws c. 93A, as well as costs and reasonable attorney's fees as provided for pursuant to Mass. Gen. Laws c. 93A; and

(c) Enter judgment for Citizens on Count III against the defendant Wachovia by declaring the rights of Citizens to the amount of the Demand and that the Letter of Credit has not been cancelled; and

(d) Grant such other and further relief as this Court deems just and proper.

Citizens Bank of Massachusetts
By its attorneys,

David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
(617) 371-1050

Case 1:04-cv-12160-NG   Document 1-3   Filed 10/14/2004   Page 10 of 14

Oct-01-2004  04:55pm  From-WACHOVIA CL                    +7043650648          T-340  P.010/014  F-116
SEP-16-2004 THU 11:28 AM  LOONEY COHEN REAGAN AISE   FAX NO. 16173711051                    P. 11
06/25/2004  14:49   CITIZENS SPECIAL ASSETS → 16173711051                              NO.473  D322

```
SEND:D/2892800007799/
OCEAN BANK OF MIAMI IN
780 N.W. 42ND AVENUE
MIAMI FL 33126

**** MESSAGE TEXT ****

MCI 5611519 2251 N W I N 98/01/22 10:22:21
A/OCEAN INT UT/MCI_TLX_O 7252 O
980122-FUF-9251
/TLX:FIRST UNION FL
{BTX}
VPO999 922 10:22 10:22 LFUF6009
FUFL
OCEAN INT UT
ZCZC LVH672   XEP511
OCEAN INT UT
199531
099191BV
BT
TO:   FIRST UNION NATIONAL BANK    MIAMI, FLORIDA
ATTN: PAULETTE SMITH
FM:   OCEAN BANK, MIAMI, FLORIDA
TEST: IL-3207  AMT USD500,000.00  JANUARY 22, 1998
PLEASE ADVISE THE BENEFICIARY ADDING YOUR CONFIRMATION.
WE HEREBY ISSUE OUR IRREVOCABLE STANDBY LETTER OF CREDIT NO.
SB-98-01-06-001 FOR ACCOUNT OF BAHIG BISHAY (''BISHAY''), IN FAVOR
OF:
BENEFICIARY NAME: CITIZENS BANK OF MASSACHUSETTS
                  ONE CITIZENS PLAZA
                  PROVIDENCE, RI 02903
                  ATTN: GENERAL COUNSEL
FOR UP TO AN AGGREGATE AMOUNT OF USD500,000.00 (FIVE HUNDRED
THOUSAND DOLLARS AND NO/100).  PAYMENT(S) UNDER THIS LETTER OF
CREDIT ARE AVAILABLE AGAINST PRESENTATION OF THE BENEFICIARY'S
SIGHT DRAFT(S) DRAWN ON FIRST UNION NATIONAL BANK, MIAMI, FLORIDA
AND ACCOMPANIED BY EITHER OF THE FOLLOWING SWORN STATEMENTS:
(1)  ''A COURT OF COMPETENT JURISDICTION HAS DETERMINED THAT
```

THIS CABLE/LETTER FROM OUR
CORRESPONDENT/CUSTOMER
CONSTITUTES AS AN INTEGRAL
PART OF THIS CREDIT AND
MUST BE ATTACHED HERETO

AUTHORIZED SIGNATURE
FIRST UNION NAT'L BK

OUR REF. # 7949226

TO RECOVER COSTS OR EXPENSES (INCLUDING WITHOUT LIMITATION, ATTORNEY'S FEES OR EXPENSES) INCURRED IN CONNECTION WITH CLAIMS OF BISHAY AND 1695 COMMONWEALTH AVENUE CORPORATION (''CAC'') AGAINST CITIZENS ARISING FROM TRANSACTIONS BETWEEN BISHAY, CAC AND CITIZENS (SUCH CLAIMS PRESENTLY OR FORMERLY PENDING IN NORFOLK SUPERIOR COURT, COMMONWEALTH OF MASSACHUSETTS, C.A. NO. 95-1812-A) IN AN AMOUNT EQUAL TO OR GREATER THAN THE AMOUNT OF THIS DRAWING''.

(II) ''WE HAVE RECEIVED NOTIFICATION FROM FIRST UNION NATIONAL BANK, MIAMI, FLORIDA THAT THE IRREVOCABLE LETTER OF CREDIT NO. SB-98-01-06-001 SHALL NOT BE RENEWED UPON THE EXPIRATION DATE''.

THIS LETTER OF CREDIT EXPIRES ON 12/31/98. IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE AUTOMATICALLY RENEWED FOR ADDITIONAL PERIODS OF ONE YEAR FROM THE PRESENT OR EACH FUTURE EXPIRATION DATE, UNLESS FIRST UNION NATIONAL BANK, MIAMI, FLORIDA NOTIFIES YOU VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AT LEAST 45 DAYS PRIOR TO SUCH EXPIRATION DATE THAT OCEAN BANK ELECTS NOT TO RENEW THIS LETTER OF CREDIT.

MULTIPLE PARTIAL DRAWINGS ARE PERMITTED HEREUNDER.

WE HEREBY ENGAGE THAT DRAFTS DRAWN UNDER AND IN COMPLIANCE WITH THE TERMS OF THIS LETTER OF CREDIT WILL BE HONORED BY US PROVIDED THAT ARE PRESENTED WITHIN THE VALIDITY OF THE CREDIT, PRIOR TO 3:00 P.M. ON OR BEFORE THE EXPIRATION DATE HEREOF BY RECOGNIZED COURIER SERVICE TO FIRST UNION NATIONAL BANK, AT 200 S. BISCAYNE BLVD. 13TH FLOOR, MIAMI, FLORIDA 33131.

REQUEST FOR PAYMENT UNDER THIS LETTER OF CREDIT SHALL BE FINAL AND CONCLUSIVE FOR ALL PURPOSES, WITHOUT VERIFICATION BY THE ISSUING BANK AND SHALL NOT BE SUBJECT TO REFUTATION, DENIAL OR CONTEST.

THIS LETTER OF CREDIT SETS FORTH THE TERMS OF OUR UNDERTAKING AND SUCH UNDERTAKING SHALL NOT IN ANY WAY BE MODIFIED, AMENDED OR AMPLIFIED BY REFERENCE TO ANY DOCUMENTS OR INSTRUMENT REFERED TO HEREIN IN WHICH THIS LETTER OF CREDIT IS REFERRED TO OR TO WHICH THIS LETTER OF CREDIT RELATES, AND ANY SUCH REFERENCE SHALL NOT BE DEEMED TO INCORPORATE BY REFERENCE ANY DOCUMENT OR INSTRUMENT.

THIS STANDBY LETTER OF CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION 500.

CONFIRMING BANK IS AUTHORIZED TO DEBIT OCEAN BANK'S ACCOUNT WITH THE CONFIRMING BANK (3) WORKING DAYS AFTER CONFIRMING BANK'S TESTED TELEX STATING THAT ALL TERMS AND CONDITIONS HAVE BEEN COMPLIED WITH.

NOTE: CITATION TO NORFOLK SUPERIOR COURT C.A. NO. 95-1812-A, IS SOLELY FOR REFERENCE PURPOSES ONLY AND DOES NOT CONSTITUTE AN INTEGRAL PART OF THIS LETTER OF CREDIT.

OCEAN BANK, MIAMI, FL.
REGARDS,
OCEAN BANK
LETTER OF CREDIT DEPARTMENT
UNNN
1022 012258 1022 012258

# SIGHT DRAFT NO. 3

Drawn on Standby Letter of Credit No. SB-9801-06-001 (for Account of Bahig Bishay in Favor of Citizens Bank of Massachusetts).

September 10, 2004

Pay to the order of Citizens Bank of Massachusetts the sum of Ninety Eight Thousand Seven Hundred Six and 69/100 Dollars ($98,706.69).

Citizens Bank of Massachusetts

By: _____
Richard M. Barry
Senior Vice President

## Sworn Statement

A court of competent jurisdiction has determined that Citizens Bank of Massachusetts ("Citizens") has the right to recover costs of expenses (including without limitation, attorney's fees or expenses) incurred in connection with claims of Bishay and 1095 Commonwealth Avenue Corporation ("CAC") against Citizens arising from transactions between Bishay, CAC and Citizens (such claims presently or formerly pending in Norfolk Superior Court, Commonwealth of Massachusetts, C. A. No. 95-1312-A) in an amount to or greater than the amount of this drawing.

Dated: September 10, 2004

_____
Richard M. Barry
Senior Vice President

## CERTIFICATION

Then came before me said Richard M. Barry, in his capacity as aforesaid, and confirmed the foregoing to be true and accurate to the best of his knowledge and belief, this 10 day of September, 2004.

_____
Notary Public
My Commission Expires:

CARY T. MACAULEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires Oct. 30, 2009

Oct-01-2004 04:56pm From-WACHOVIA LE +3367350644 T-948 P.13/14 F-116
Case 1:04-cv-12160-NG    Document 1-3    Filed 10/14/2004    Page 13 of 14

SEP-16-2004 THU 11:27 AM LOONEY COHEN REAGAN AISE    FAX NO. 16173711051    P. 14
SEP 15 '04 12:38 FR WACHOVIA INT.    3367350954 TO 916173711051    P.01/02

Date: 09/14/04

To: David C. Aisenberg
VIA FAX # 617-371-1051

Re: **NOTIFICATION OF DISCREPANCIES/ADVISE OF REFUSAL**
Our Standby Letter of Credit Advising No. X549226
Issuing Bank: Ocean Bank
Issuing Bank Letter of Credit No. SB-98-01-06-001
Applicant: Bahig Bishay
Your Draw received date: September 14, 2004
Amount: USD 98,706.69

Dear David C. Aisenberg;

Please be advised that we have completed our examination of documents under the abovementioned letter of credit and we have determined that the documents are not in accordance with the terms and conditions of the letter of credit. Based on the documents alone we hereby notify you that the documents are not acceptable to us. Our dishonor is based on the following discrepancies noted below:

1. Letter of Credit expired December 31, 2002. As per our non-renewal notice dated October 22, 2002 which was delivered to and confirmed received at the beneficiary's counters on October 23, 2002 at 9:31 am.

Please use the space provided below and kindly give us your instructions for further handling of this drawing and your documents. Meanwhile, the documents remain at your risk and disposal. Should you need additional assistance or clarification you may contact me directly at: 336-735-3372 as I would be most pleased to assist you.

Very Truly Yours,
Wachovia Bank, N.A.

Brian E. Perryman

PLEASE USE THE NEXT PAGE FOR YOUR RESPONSE AND FAX IT BACK TO MY ATTENTION AT 336-735-0950 WITHIN 48 HOURS FROM RECEIPT.

Page 1 of 2

Case 1:04-cv-12160-NG   Document 1-3   Filed 10/14/2004   Page 14 of 14

Oct-01-2004 04:56pm  From-WACHOVIA LEGAL           +7043830649           T-317  P.015/015  F-116

SEP-16-2004 THU 11:27 AM LOONEY COHEN REAGAN AISE    FAX NO. 16173711051          P. 15
SEP 15 '04 12:58 FR WACHOVIA INT.         8367058954 TO 916173711851              P.02/02

FAX TO: Brian E. Perryman  FAX# 336-735-0950

REFERENCE: STANDBY DRAWING RESPONSE.....................page 2 of 2

AMOUNT: USD 98,706.69

LETTER OF CREDIT NUMBER: XS49226

_____

For Beneficiary's use, please check one

( ) Hold the documents at your counters, we will send in corrected documents to you. We understand the corrected documents must be received within the validity of the letter of credit.

( ) Return the documents to us, we will re-present at a later date, within the validity of the letter of credit.

( ) Contact the applicant for their approval to accept despite discrepancies noted contingent upon your agreement to same.

( ) Return all documents to us, we hereby rescind our drawing request at this time.

Please note that we must receive your response on the disposal of the documents within 48hrs, otherwise, they will be automatically returned to you at our complete discharge.

_____
Authorized Signer for Beneficiary

** TOTAL PAGE.002 **