```
                                                         FILED
                                                    IN CLERKS OFFICE
        UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS  OCT 20  A 9: 02

                              Docket No. 04CV12160NG
                                                  DISTRICT OF MASS.
```

| | |
|---|---|
| CITIZENS BANK OF MASSACHUSETTS ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| WACHOVIA BANK, N.A. ) | |
|     Defendant ) | |

## DEFENDANT WACHOVIA BANK, N.A.'S MOTION TO DISMISS

Now comes the Defendant Wachovia Bank, N.A. and moves this Honorable Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the Plaintiff's complaint on the grounds that this court lacks personal jurisdiction over the Defendant. Wachovia Bank, N.A.'s Memorandum of Law is filed herewith and incorporated herein.

                                              For the Defendant
                                              By its Attorneys,

                                              LECOMTE EMANUELSON
                                              And DOYLE

                                              /s/ [signature]
                                              Joseph T. Doyle, Jr., BBO#: 133440
                                              Matthew W. Perkins, BBO#: 564868
                                              Lecomte, Emanuelson and Doyle
                                              Battyermarch Park II
                                              One Pine Hill Drive
                                              Suite 101
                                              Quincy, Massachusetts 02169
                                              617-328-1900

Dated: October 19, 2004

## CERTIFICATE OF SERVICE

I, MATTHEW W. PERKINS, of the firm of Lecomte, Emanuelson, and Doyle, Attorney for Defendants, hereby certify that I, this 19th day of October 2004 served a copy of the within Motion to Dismiss by first class mail, postage prepaid to all counsel of record.

    David C. Aisenberg, Esquire
    Looney Cohen Regan & Aisenberg
    109 State Street
    Boston, MA 02109

                        Matthew W. Perkins