UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04CV-12160-NG

_____
                                    )
CITIZENS BANK OF MASSACHUSETTS,     )
                                    )
    Plaintiff,                      )
v.                                  )
                                    )
WACHOVIA BANK, N.A.,                )
                                    )
    Defendant.                      )
_____)

PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS

The plaintiff Citizens Bank of Massachusetts hereby moves this Court to extend the time within which it must respond to the defendant Wachovia Bank, N. A.'s motion to dismiss by two weeks to November 17, 2004. This motion has been assented to by the defendant Wachovia Bank, N.A.

                                    Citizens Bank of Massachusetts
                                    By its attorneys,

                                    /s/ Patrick M. Reagan
                                    _____
                                    David C. Aisenberg, BBO#545895
                                    Patrick M. Reagan, BBO#413550
                                    Looney, Cohen, Reagan & Aisenberg LLP
                                    109 State Street
                                    Boston, MA 02109
                                    (617) 371-1050

Assented to:

/s/ Matthew W. Perkins (PMR)
_____
Matthew W. Perkins BBO#564868
Counsel for Defendant Wachovia Bank, N.A.

CERTIFICATE OF SERVICE

I, Patrick M. Reagan, hereby certify that I have this 26th day of October 2004 served a copy of the above Plaintiff's Assented To Motion To Extend Time To Respond To Defendant's Motion to Dismiss upon Matthew W. Perkins, Esquire, Counsel for Defendant Wachovia Bank, N.A., at Lecomte, Emanuelson and Doyle, Batterymarch Park II, 1 Pine Hill Drive, Quincy, MA 02169 by first class mail.

_____
Patrick M. Reagan