# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

10/25/2004
03:44 PM

FILED
IN CLERKS OFFICE

## SUCV2004-02812
## Citizens Bank Massachusetts v Wachovia Bank NA

| | | | | | |
|---|---|---|---|---|---|
| File Date | 06/25/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 10/25/2004 | Session | B - Civil B | | |
| Origin | 1 | Case Type | A99 - Misc contract | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/23/2004 | Answer | 11/22/2004 | Rule12/19/20 | 11/22/2004 |
| Rule 15 | 11/22/2004 | Discovery | 04/21/2005 | Rule 56 | 05/21/2005 |
| Final PTC | 06/20/2005 | Disposition | 08/19/2005 | Jury Trial | No |

### PARTIES

**Plaintiff**
Citizens Bank Massachusetts
Active 06/25/2004

**Private Counsel 545895**
David C Aisenberg
Looney Cohen Regan & Aisenberg
109 State Street
Boston, MA 02109
Phone: 617-371-1050
Fax: 617-371-1051
Active 06/25/2004 Notify

**Defendant**
Wachovia Bank NA
Served: 09/16/2004
Served (answr pending) 09/22/2004

**Private Counsel 133440**
Joseph T Doyle Jr
Lecomte Emanuelson Motejunas & Doyle
1250 Hancock Street
Suite 815
Quincy, MA 02169
Phone: 617-328-1900
Fax: 617-328-2030
Active 10/25/2004 Notify

**Private Counsel 564868**
Matthew W Perkins
Lecomte Emanuelson & Doyle
One Pine Hill Drive, Suite 101
Quincy, MA 02169
Phone: 617-328-1900
Fax: 617-328-2030
Active 10/25/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/25/2004 | 1.0 | Complaint filed |
| 06/25/2004 | | Origin 1, Type A99, Track F. |
| 06/25/2004 | 2.0 | Civil action cover sheet filed |
| 06/25/2004 | 3.0 | Motion of plff for appointment of special process server, filed & allowed (Hinkle,J) |
| 09/16/2004 | 4.0 | Amended complaint of Citizens Bank Massachusetts |
| 09/22/2004 | 5.0 | SERVICE RETURNED: Wachovia Bank NA(Defendant) (Certified Mail) |
| 10/04/2004 | | Case status changed to 'Needs review for answers' at service deadline review |

case01 239537 y y y y y y

MAS-20030912                    Case 1:04-cv-12160-NG     Document 5     Filed 11/04/2004     Page 2 of 22
ςuen                          Commonwealth of Massachusetts                              10/25/2004
                                  SUFFOLK SUPERIOR COURT                                 03:44 PM
                                        Case Summary
                                        Civil Docket

## SUCV2004-02812
## Citizens Bank Massachusetts v Wachovia Bank NA

| Date | Paper | Text |
|------|-------|------|
| 10/22/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Wachovia Bank, N. A. U. S. Dist.#(04-CV12160 NG). |
| 10/25/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

I HEREBY ATTEST AND CERTIFY ON

OCT. 26, 2004 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY

ASSISTANT CLERK.

*1*

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                    SUPERIOR COURT DEPARTMENT
                               CIVIL ACTION NO.

```
                              )
CITIZENS BANK OF MASSACHUSETTS,  )
                              )
     Plaintiff,               )
v.                            )
                              )
WACHOVIA BANK, N.A.,          )
                              )
     Defendant.               )
                              )
```

J4-2812

COMPLAINT

Plaintiff Citizens Bank of Massachusetts, by its attorneys, complains of the defendant as follows:

INTRODUCTION

1.    This is an action to enforce the rights of Citizens Bank of Massachusetts as a beneficiary under a standby letter of credit.

PARTIES

2.    The plaintiff Citizens Bank of Massachusetts ("Citizens") is a Massachusetts bank with a usual place of business at 28 State Street, Boston, Suffolk County, Massachusetts 02109.

3.    The defendant Wachovia Bank, N.A. ("Wachovia") is a bank with a usual place of business at 401 Linden Street, Winston-Salem, NC 27101.  Wachovia does business in Massachusetts.

FACTS

4.    On or about January 22, 1998, Ocean Bank of Miami issued an irrevocable standby letter of credit no. SB-98-01-

08-001 for the account of Bahig Bishay in favor of Citizens
Bank of Massachusetts, One Citizens Plaza, Providence, RI
02903, Attn: General Counsel, for up to an aggregate amount
of US$500,000, which was confirmed by First Union National
Bank n/k/a Wachovia ("Letter of Credit"). A copy of the
Letter of Credit is attached hereto as Exhibit A.

    5.   The Letter of Credit provides, in part, that it
automatically renews unless First Union National Bank n/k/a
Wachovia notifies Citizens as beneficiary via certified
mail, return receipt requested to Citizens Bank of
Massachusetts, One Citizens Plaza, Providence, RI 02903,
Attn: General Counsel, at least 45 days prior to such
expiration date that Ocean Bank elects not to renew this
Letter of Credit. See Exhibit A.

    6.   Within the past year, and on or before October 30,
2003, Citizens made demand pursuant to the Letter of Credit
for the amount of $98,706.59 (the "Demand").

    7.   Wachovia, as successor to First Union National
Bank, refused to honor the Demand. Wachovia claims that it
sent a proper notice of non-renewal of the Letter of Credit
to Citizens. Wachovia also claims that the Letter of credit
expired on December 31, 2002.

    8.   Citizens never received proper notice, correctly
addressed to Citizens Bank of Massachusetts, One Citizens
Plaza, Providence, RI 02903, Attn: General Counsel, that the
Letter of Credit has been cancelled or would not be renewed,

as was required by the terms of the Letter of Credit.
Therefore, the Letter of Credit has not expired.

COUNT I

Breach of Contract

9.    Citizens repeats and incorporates by reference, as
if fully set forth herein, the allegations contained in
paragraphs 1 through 8.

10.   By refusing to honor the Draw Request, Wachovia is
in breach of its obligations under the Letter of Credit.

11.   As a result of the breach of its obligations under
the Letter of Credit, Citizens has been damaged.

COUNT II

Violation of Chapter 93A

12.   Citizens repeats and incorporates by reference, as
if fully set forth herein, the allegations contained in
paragraphs 1 through 11.

13.   Citizens and Wachovia are "persons" within the
meaning of Mass. Gen. Laws c. 93A.

14.   The acts and practices material to this claim,
including the refusal of Wachovia to honor the Demand of
Citizens and other conduct described above, occurred
primarily and substantially in Massachusetts.

15.   The acts and practices material to this claim,
including the refusal of Wachovia to honor the Demand of
Citizens and other conduct described above, are unfair or
deceptive within the meaning of Mass. Gen. Laws c. 93A.

3

16. Each of the unfair or deceptive acts or practices of Wachovia was done willfully and knowingly.

17. Each of the unfair or deceptive acts or practices of Wachovia is a violation of Mass. Gen. Laws c. 93A.

18. As a result of the unfair or deceptive acts or practices of Wachovia, Citizens has suffered damages.

COUNT III

Declaratory Judgment

19. Citizens repeats and incorporates by reference, as if fully set forth herein, the allegations contained in paragraphs 1 through 18.

20. There exists an actual case or controversy because, while Citizens is entitled to be paid under the Letter of Credit pursuant to the Draw Request, Wachovia has refused.

21. Citizens seeks a declaration that it is entitled to be paid and that the Letter of Credit has not been cancelled.

22. A declaration will resolve the controversy which exists concerning the entitlement of Citizens to the benefits of the Letter of Credit.

WHEREFORE, Citizens requests that this Court:

(a) Enter judgment for Citizens on Count I against the defendant Wachovia for all sums due under the terms of the Letter of Credit, and any other amounts allowed by law; and

4

(b)   Enter judgment from Citizens on Count II against the defendant Wachovia for the full amount of their actual damages, trebled pursuant to Mass. Gen. Laws c. 93A, as well as costs and reasonable attorney's fees as provided for pursuant to Mass. Gen. Laws c. 93A; and

(c)   Enter judgment for Citizens on Count III against the defendant Wachovia by declaring the rights of Citizens to the amount of the Demand and that the Letter of Credit has not been cancelled; and

(d)   Grant such other and further relief as this Court deems just and proper.

I HEREBY ATTEST AND CERTIFY ON

OCT. 26, 2004

FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY.

ASSISTANT CLERK.

Citizens Bank of Massachusetts
By its attorneys,

David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
(617) 371-1050

5

06/25/2004    14:48    CITIZENS SPECIAL ASSETS → 16173711051    NO.473    D002

EX A

SEND:0/2692200007798/
OCEAN BANK OF MIAMI IN
780 N.W. 42ND AVENUE
MIAMI FL 33126


    **** MESSAGE TEXT ****

^MCI 6811519 2251 N N I N 98/01/22 10:22:21
A/OCEAN INT UT/MCI_TLX_Q 2251 0
980122-FUF-2251
/TLX:FIRST UNION FL
{STX}
^VPO999 022 10:22 10:22 LFUF6063
FUFL
OCEAN INT UT
2C2C LWH872  XEP511
OCEAN INT UT
155581
6811519A
31
TO:   FIRST UNION NATIONAL BANK    MIAMI, FLORIDA
ATTN: PAULETTE SMITH
FM:   OCEAN BANK, MIAMI, FLORIDA
TEST: 11-3207  AMT USD500,000.00  JANUARY 22, 1998
PLEASE ADVISE THE BENEFICIARY ADDING YOUR CONFIRMATION.
WE HEREBY ISSUE OUR IRREVOCABLE STANDBY LETTER OF CREDIT NO.
SB-98-01-06-001 FOR ACCOUNT OF BAHIG BISHAY (''BISHAY''), IN FAVOR
OF:
BENEFICIARY NAME: CITIZENS BANK OF MASSACHUSETTS
                  ONE CITIZENS PLAZA
                  PROVIDENCE, RI 02903
                  ATTN: GENERAL COUNSEL
FOR UP TO AN AGGREGATE AMOUNT OF USD500,000.00 (FIVE HUNDRED
THOUSAND DOLLARS AND NO/100).  PAYMENT(S) UNDER THIS LETTER OF
CREDIT ARE AVAILABLE AGAINST PRESENTATION OF THE BENEFICIARY'S
SIGHT DRAFT(S) DRAWN ON FIRST UNION NATIONAL BANK, MIAMI, FLORIDA
AND ACCOMPANIED BY EITHER OF THE FOLLOWING SWORN STATEMENTS:
(1)  ''A COURT OF COMPETENT JURISDICTION HAS DETERMINED THAT

THIS CABLE/LETTER FROM OUR
CORRESPONDENT/CUSTOMER
CONSTITUTES AS AN INTEGRAL
PART OF THIS CREDIT AND
MUST BE ATTACHED HERETO

AUTHORIZED SIGNATURE
FIRST UNION NAT'L BK

OUR REF. # 754926

CITIZENS BANK OF MASSACHUSETTS ("CITIZENS")...

TO RECOVER COSTS OR EXPENSES (INCLUDING WITHOUT LIMITATION,
ATTORNEY'S FEES OR EXPENSES) INCURRED IN CONNECTION WITH
CLAIMS OF BISHAY AND 1695 COMMONWEALTH AVENUE CORPORATION
(''CAC'') AGAINST CITIZENS ARISING FROM TRANSACTIONS BETWEEN
BISHAY, CAC AND CITIZENS (SUCH CLAIMS PRESENTLY OR FORMERLY
PENDING IN NORFOLK SUPERIOR COURT, COMMONWEALTH OF
MASSACHUSETTS, C.A. NO. 95-1312-A) IN AN AMOUNT EQUAL TO OR
GREATER THAN THE AMOUNT OF THIS DRAWING''.
(II) ''WE HAVE RECEIVED NOTIFICATION FROM FIRST UNION NATIONAL BANK,
    MIAMI, FLORIDA THAT THE IRREVOCABLE LETTER OF CREDIT NO.
    SB-98-01-06-001 SHALL NOT BE RENEWED UPON THE EXPIRATION
DATE''.
THIS LETTER OF CREDIT EXPIRES ON 12/31/98. IT IS A CONDITION OF
THIS LETTER OF CREDIT THAT IT SHALL BE AUTOMATICALLY RENEWED FOR
ADDITIONAL PERIODS OF ONE YEAR FROM THE PRESENT OR EACH FUTURE
EXPIRATION DATE, UNLESS FIRST UNION NATIONAL BANK, MIAMI, FLORIDA
NOTIFIES YOU VIA CERTIFIED MAIL,RETURN RECEIPT REQUESTED, AT LEAST
45 DAYS PRIOR TO SUCH EXPIRATION DATE THAT OCEAN BANK ELECTS NOT TO
RENEW THIS LETTER OF CREDIT.
MULTIPLE PARTIAL DRAWINGS ARE PERMITTED HEREUNDER.
WE HEREBY ENGAGE THAT DRAFTS DRAWN UNDER AND IN COMPLIANCE WITH
THE TERMS OF THIS LETTER OF CREDIT WILL BE HONORED BY US PROVIDED
THEY ARE PRESENTED WITHIN THE VALIDITY OF THE CREDIT, PRIOR TO
3:00 P.M. ON OR BEFORE THE EXPIRATION DATE HEREOF BY RECOGNIZED
COURIER SERVICE TO FIRST UNION NATIONAL BANK, AT 200 S.BISCAYNE
BLVD. 12TH.FLOOR ,MIAMI, FLORIDA 33131.
REQUEST FOR PAYMENT UNDER THIS LETTER OF CREDIT SHALL BE FINAL
AND CONCLUSIVE FOR ALL PURPOSES WITHOUT VERIFICATION BY THE
ISSUING BANK AND SHALL NOT BE SUBJECT TO REFUTATION, DENIAL OR
CONTEST.
THIS LETTER OF CREDIT SETS FORTH THE TERMS OF OUR UNDERTAKING
AND SUCH UNDERTAKING SHALL NOT IN ANY WAY BE MODIFIED, AMENDED OR
AMPLIFIED BY REFERENCE TO ANY DOCUMENTS OR INSTRUMENT REFERED TO
HEREIN IN WHICH THIS LETTER OF CREDIT IS REFERRED TO OR TO WHICH
THIS LETTER OF CREDIT RELATES, AND ANY SUCH REFERENCE SHALL NOT
BE DEEMED TO INCORPORATE BY REFERENCE ANY DOCUMENT OR INSTRUMENT.
THIS STANDBY LETTER OF CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS
AND PRACTICE FOR DOCUMENTARY CREDITS (1993 REVISION)
INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION 500.
CONFIRMING BANK IS AUTHORIZED TO DEBIT OCEAN BANK'S ACCOUNT
WITH THE CONFIRMING BANK (3) WORKING DAYS AFTER CONFIRMING BANK'S
TESTED TELEX STATING THAT ALL TERMS AND CONDITIONS HAVE BEEN
COMPLIED WITH.
NOTE: CITATION TO NORFOLK SUPERIOR COURT C.A. NO. 95-1312-A, IS
    SOLELY FOR REFERENCE PURPOSES ONLY AND DOES NOT CONSTITUTE
    AN INTEGRAL PART OF THIS LETTER OF CREDIT.
OCEAN BANK, MIAMI,FL.
REGARDS,
OCEAN BANK
LETTER OF CREDIT DEPARTMENT
NNNN
1022 012298 1022 012298

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) $\mathrm{04\text{-}2812}$ | Trial Court of Massachusetts Superior Court Department County: |
|---|---|---|

**PLAINTIFF(S)**
Citizens Bank of Massachusetts

**DEFENDANT(S)**
Wachovia Bank, N.A.

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE** 617-371-1050
David C. Aisenberg
109 State Street, Boston, MA 02109
Board of Bar Overseers number: 545895

**ATTORNEY (if known)**

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P.60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.        TYPE OF ACTION (specify)        TRACK        IS THIS A JURY CASE?

A99        Contract        ( F )        ( ) Yes    ( X ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
   1. Total hospital expenses ............................................. $ ............
   2. Total Doctor expenses ............................................. $ ............
   3. Total chiropractic expenses ....................................... $ ............
   4. Total physical therapy expenses .................................. $ ............
   5. Total other expenses (describe) ................................... $ ............
                                                               Subtotal $ ............
B. Documented lost wages and compensation to date ................... $ ............
C. Documented property damages to date .............................. $ ............
D. Reasonably anticipated future medical and hospital expenses ....... $ ............
E. Reasonably anticipated lost wages ................................. $ ............
F. Other documented items of damages (describe) ..................... $ ............

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
                                                                     $ ............

                                                                     $ ............
                                                           TOTAL $ ............

#### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Failure to honor a letter of credit.

                                                   TOTAL $. 100,000.00. .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____        DATE: 6/25/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON

OCT. 26, 2004, THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____

ASSISTANT CLERK.

*3*

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.

CITIZENS BANK OF MASSACHUSETTS,
)
)
)
        Plaintiff,
)
v.
)
)
WACHOVIA BANK, N.A.,
)
)
        Defendant.
)
)

04-2812

*June 25, 2004*
*Filed & approved*
*By the Court Finkle, J.*
*Lorraine A. Antonia*
*asst. Clerk*

## MOTION FOR APPOINTMENT OF PROCESS SERVER

In accordance with the provisions of Rule 4(c)of the

Massachusetts Rules of Civil Procedure, the plaintiff Citizens

Bank of Massachusetts hereby moves this Court for the appointment

of Disinterested Parties, Inc. as process server in the above-

entitled case.  The undersigned swears that, to the best of his

knowledge and belief, the person to be appointed process server

is 18 years of age or over and is neither a party in nor

interested in the captioned action.

Citizens Bank of Massachusetts
By its attorneys,

David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
(617) 371-1050

I HEREBY ATTEST AND CERTIFY ON

OCT. 26, 2004     THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: Lorraine A. Antonia

ASSISTANT CLERK.

**4**

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                           SUPERIOR COURT DEPARTMENT
                                       CIVIL ACTION NO.
                                       SUCV2004-02812-B

CITIZENS BANK OF MASSACHUSETTS,        )
                                       )       
        Plaintiff,                     )
v.                                     )
                                       )
WACHOVIA BANK, N.A.,                   )
                                       )
        Defendant.                     )

### AMENDED COMPLAINT

Plaintiff Citizens Bank of Massachusetts, by its
attorneys, complains of the defendant as follows:

### INTRODUCTION

1.   This is an action to enforce the rights of
Citizens Bank of Massachusetts as a beneficiary under a
standby letter of credit.

### PARTIES

2.   The plaintiff Citizens Bank of Massachusetts
("Citizens") is a Massachusetts bank with a usual place of
business at 28 State Street, Boston, Suffolk County,
Massachusetts 02109.

3.   The defendant Wachovia Bank, N.A. ("Wachovia") is
a bank with a usual place of business at 401 Linden Street,
Winston-Salem, NC 27101 and offices at One Wachovia Center,
301 South College Street, Charlotte, NC 28288 and 200 South
Biscayne Boulevard, 12th Floor, Miami FL 33131.  Wachovia
does business in Massachusetts.

FACTS

4.    On or about January 22, 1998, Ocean Bank of Miami issued an irrevocable standby letter of credit no. SB-98-01-08-001 for the account of Bahig Bishay in favor of Citizens Bank of Massachusetts, One Citizens Plaza, Providence, RI 02903, Attn: General Counsel, for up to an aggregate amount of US$500,000, which was confirmed by First Union National Bank n/k/a Wachovia ("Letter of Credit"). A copy of the Letter of Credit is attached hereto as Exhibit A.

5.    The Letter of Credit provides, in part, that it automatically renews unless First Union National Bank n/k/a Wachovia notifies Citizens as beneficiary via certified mail, return receipt requested to Citizens Bank of Massachusetts, One Citizens Plaza, Providence, RI 02903, Attn: General Counsel, at least 45 days prior to such expiration date that Ocean Bank elects not to renew this Letter of Credit. See Exhibit A.

6.    Within the past year, and on or before October 30, 2003, Citizens made demand pursuant to the Letter of Credit for the amount of $98,706.59 (the "Demand").

7.    Wachovia, as successor to First Union National Bank, refused to honor the Demand. Wachovia claims that it sent a proper notice of non-renewal of the Letter of Credit to Citizens. Wachovia also claims that the Letter of credit expired on December 31, 2002.

8.    Citizens never received proper notice, correctly

2

addressed to Citizens Bank of Massachusetts, One Citizens
Plaza, Providence, RI 02903, Attn: General Counsel, that the
Letter of Credit has been cancelled or would not be renewed,
as was required by the terms of the Letter of Credit.
Therefore, the Letter of Credit has not expired.

9.    On or about September 10, 2004, Citizens made a
draw request ("Draw Request"). A copy of the Draw Request
is attached hereto as Exhibit B.

10.   By notice dated September 14, 2004, Wachovia sent
a notice of dishonor and that the Letter of Credit had
expired ("Notice of Dishonor"). A copy of the Notice of
Dishonor is attached hereto as Exhibit C.

### COUNT I

### Breach of Contract

11.   Citizens repeats and incorporates by reference, as
if fully set forth herein, the allegations contained in
paragraphs 1 through 10.

12.   By refusing to honor the Draw Request, Wachovia is
in breach of its obligations under the Letter of Credit.

13.   As a result of the breach of its obligations under
the Letter of Credit, Citizens has been damaged.

### COUNT II

### Violation of Chapter 93A

14.   Citizens repeats and incorporates by reference, as
if fully set forth herein, the allegations contained in
paragraphs 1 through 13.

3

15.   Citizens and Wachovia are "persons" within the meaning of Mass. Gen. Laws c. 93A.

16.   The acts and practices material to this claim, including the refusal of Wachovia to honor the Demand of Citizens and other conduct described above, occurred primarily and substantially in Massachusetts.

17.   The acts and practices material to this claim, including the refusal of Wachovia to honor the Demand of Citizens and other conduct described above, are unfair or deceptive within the meaning of Mass. Gen. Laws c. 93A.

18.   Each of the unfair or deceptive acts or practices of Wachovia was done willfully and knowingly.

19.   Each of the unfair or deceptive acts or practices of Wachovia is a violation of Mass. Gen. Laws c. 93A.

20.   As a result of the unfair or deceptive acts or practices of Wachovia, Citizens has suffered damages.

COUNT III

Declaratory Judgment

21.   Citizens repeats and incorporates by reference, as if fully set forth herein, the allegations contained in paragraphs 1 through 20.

22.   There exists an actual case or controversy because, while Citizens is entitled to be paid under the Letter of Credit pursuant to the Draw Request, Wachovia has refused.

23.   Citizens seeks a declaration that it is entitled

4

to be paid and that the Letter of Credit has not been
cancelled.

24.   A declaration will resolve the controversy which
exists concerning the entitlement of Citizens to the
benefits of the Letter of Credit.

WHEREFORE, Citizens requests that this Court:

(a)   Enter judgment for Citizens on Count I against the
defendant Wachovia for all sums due under the terms of the
Letter of Credit, and any other amounts allowed by law; and

(b)   Enter judgment from Citizens on Count II against
the defendant Wachovia for the full amount of their actual
damages, trebled pursuant to Mass. Gen. Laws c. 93A, as well
as costs and reasonable attorney's fees as provided for
pursuant to Mass. Gen. Laws c. 93A; and

(c)   Enter judgment for Citizens on Count III against
the defendant Wachovia by declaring the rights of Citizens
to the amount of the Demand and that the Letter of Credit
has not been cancelled; and

(d)   Grant such other and further relief as this Court
deems just and proper.

▪HEREBY ATTEST AND CERTIFY ON

OCT. 26, 2004 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY

ASSISTANT CLERK.

Citizens Bank of Massachusetts
By its attorneys,

David C. Aisenberg, BBO#545895
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
(617) 371-1050

5

NOV 05 2004    13:49    CITIZENS SPECIAL ASSETS + 16173711601    P.17

EX A

SEND:0725922000077987
OCEAN BANK OF MIAMI IN
780 N.W. 42ND AVENUE
MIAMI FL 33126

     **** MESSAGE TEXT ****

MT: 981ISIS 2251 4 W I N 98/01/22 10:22:71
N/OCEAN INT UT/MCI_FLX_O 2251 0
980122-FUT-2251
XFLX:FIRST UNION FL
(SIX)
VFO999 022 10:22 10:22 LFOF8065
FUFL
OCEAN INT UT
2120 LWH872  KEPSIL
OCEAN INT UT
199531
98125794
31
TO:    FIRST UNION NATIONAL BANK    MIAMI, FLORIDA
ATTN: PAULETTE SMITH
FM:    OCEAN BANK, MIAMI, FLORIDA
REEF: 11-3207  AM: USD500,000.00  JANUARY 22, 1998
PLEASE ADVISE THE BENEFICIARY ADDING YOUR CONFIRMATION.
WE HEREBY ISSUE OUR IRREVOCABLE STANDBY LETTER OF CREDIT NO,
OC-98-01-08-001 FOR ACCOUNT OF BAHIG BISHAY ("BISHAY"), IN FAVOR
OF:
BENEFICIARY NAME: CITIZENS BANK OF MASSACHUSETTS
                  ONE CITIZENS PLAZA
                  PROVIDENCE, RI 02905
                  ATTN: GENERAL COUNSEL
FOR UP TO AN AGGREGATE AMOUNT OF USD500,000.00 (FIVE HUNDRED
THOUSAND DOLLARS AND NO/100).  PAYMENT(S) UNDER THIS LETTER OF
CREDIT ARE AVAILABLE AGAINST PRESENTATION OF THE BENEFICIARY'S
SIGHT DRAFT(S) DRAWN ON FIRST UNION NATIONAL BANK, MIAMI, FLORIDA
AND ACCOMPANIED BY EITHER OF THE FOLLOWING SWORN STATEMENTS:
(1)  "A COURT OF COMPETENT JURISDICTION HAS DETERMINED THAT

THIS CABLE/LETTER FROM OUR
CORRESPONDENT/CUSTOMER
CONSTITUTES AS AN INTEGRAL
PART OF THIS CREDIT AND
MUST BE ATTACHED HERETO

AUTHORIZED SIGNATURE
FIRST UNION NAT'L BK

OUR REF. # 7549226

[illegible]
[illegible] (INCLUDING [illegible]
ATTORNEY'S FEES OR EXPENSES) INCURRED IN CONNECTION WITH
CLAIMS OF BISHAY AND 1097 COMMONWEALTH AVENUE CORPORATION
("CAC") AGAINST CITIZENS ARISING FROM TRANSACTIONS BETWEEN
BISHAY, CAC AND CITIZENS (SUCH CLAIMS PRESENTLY OR FORMERLY
PENDING IN NORFOLK SUPERIOR COURT, COMMONWEALTH OF
MASSACHUSETTS, C.A. NO. 95-1312-A) IN AN AMOUNT EQUAL TO OR
GREATER THAN THE AMOUNT OF THIS DRAWING .

(II) " WE HAVE RECEIVED NOTIFICATION FROM FIRST UNION NATIONAL BANK,
MIAMI, FLORIDA THAT THE IRREVOCABLE LETTER OF CREDIT NO.
SB-98-01-06-001 SHALL NOT BE RENEWED UPON THE EXPIRATION
DATE".

THIS LETTER OF CREDIT EXPIRES ON 12/31/98. IT IS A CONDITION OF THIS LETTER OF CREDIT THAT IT SHALL BE AUTOMATICALLY RENEWED FOR ADDITIONAL PERIODS OF ONE YEAR FROM THE PRESENT OR EACH FUTURE EXPIRATION DATE, UNLESS FIRST UNION NATIONAL BANK, MIAMI, FLORIDA NOTIFIES YOU VIA CERTIFIED MAIL,RETURN RECEIPT REQUESTED, AT LEAST 45 DAYS PRIOR TO SUCH EXPIRATION DATE THAT OCEAN BANK ELECTS NOT TO RENEW THIS LETTER OF CREDIT.

MULTIPLE PARTIAL DRAWINGS ARE PERMITTED HEREUNDER.

WE HEREBY ENGAGE THAT DRAFTS DRAWN UNDER AND IN COMPLIANCE WITH THE TERMS OF THIS LETTER OF CREDIT WILL BE HONORED BY US PROVIDED THEY ARE PRESENTED WITHIN THE VALIDITY OF THE CREDIT, PRIOR TO 3:00 P.M. ON OR BEFORE THE EXPIRATION DATE HEREOF BY RECOGNIZED COURIER SERVICE TO FIRST UNION NATIONAL BANK, AT 200 S.BISCAYNE BLVD. 12TH.FLOOR ,MIAMI, FLORIDA 33131.

REQUEST FOR PAYMENT UNDER THIS LETTER OF CREDIT SHALL BE FINAL AND CONCLUSIVE FOR ALL PURPOSES WITHOUT VERIFICATION BY THE ISSUING BANK AND SHALL NOT BE SUBJECT TO REFUTATION, DENIAL OR CONTEST.

THIS LETTER OF CREDIT SETS FORTH THE TERMS OF OUR UNDERTAKING AND SUCH UNDERTAKING SHALL NOT IN ANY WAY BE MODIFIED, AMENDED OR AMPLIFIED BY REFERENCE TO ANY DOCUMENTS OR INSTRUMENT REFERED TO HEREIN IN WHICH THIS LETTER OF CREDIT IS REFERRED TO OR TO WHICH THIS LETTER OF CREDIT RELATES, AND ANY SUCH REFERENCE SHALL NOT BE DEEMED TO INCORPORATE BY REFERENCE ANY DOCUMENT OR INSTRUMENT.

THIS STANDBY LETTER OF CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION 500.

CONFIRMING BANK IS AUTHORIZED TO DEBIT OCEAN BANK'S ACCOUNT WITH THE CONFIRMING BANK (3) WORKING DAYS AFTER CONFIRMING BANK'S TESTED TELEX STATING THAT ALL TERMS AND CONDITIONS HAVE BEEN COMPLIED WITH.

NOTE: CITATION TO NORFOLK SUPERIOR COURT C.A. NO. 95-1312-A, IS
SOLELY FOR REFERENCE PURPOSES ONLY AND DOES NOT CONSTITUTE
AN INTEGRAL PART OF THIS LETTER OF CREDIT.

OCEAN BANK, MIAMI,FL
REGARDS,
OCEAN BANK
LETTER OF CREDIT DEPARTMENT
NNNN
1022 012298 1022 012298

EX 6

# SIGHT DRAFT NO.3

Drawn on Standby Letter of Credit No. SB-9801-06-001 (for Account of Bahig Bishay in Favor of Citizens Bank of Massachusetts).

September _10_, 2004

Pay to the order of Citizens Bank of Massachusetts the sum of Ninety Eight Thousand Seven Hundred Six and 69/100 Dollars ($98,706.69).

Citizens Bank of Massachusetts

By: _____

Richard M. Barry
Senior Vice President

## Sworn Statement

A court of competent jurisdiction has determined that Citizens Bank of Massachusetts "(Citizens") has the right to recover costs of expenses (including without limitation, attorney's fees or expenses) incurred in connection with claims of Bishay and 1095 Commonwealth Avenue Corporation ("CAC") against Citizens arising from transactions between Bishay, CAC and Citizens (such claims presently or formerly pending in Norfolk Superior Court, Commonwealth of Massachusetts, C. A. No. 95-1312-A) in an amount to or greater than the amount of this drawing.

Dated: September _10_, 2004

_____
Richard M. Barry
Senior Vice President

## CERTIFICATION

Then came before me said Richard M. Barry, in his capacity as aforesaid, and confirmed the foregoing to be true and accurate to the best of his knowledge and belief, this _10_ day of September, 2004.

_____
Notary Public
My Commission Expires:

CARY T. MACAULEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires Oct. 30, 2009

EXC

Date: 09/14/04

**To: David C. Aisenberg**
VIA FAX # 617-371-1051

Re:     **NOTIFICATION OF DISCREPANCIES/ADVISE OF REFUSAL**
        **Our Standby Letter of Credit Advising No. X549226**
        **Issuing Bank: Ocean Bank**
        **Issuing Bank Letter of Credit No. SB-98-01-06-001**
        **Applicant: Bahig Bishay**
        **Your Draw received date:** September 14, 2004
        **Amount: USD 98,706.69**

Dear David C. Aisenberg,

    Please be advised that we have completed our examination of documents under the abovementioned letter of credit and we have determined that the documents are not in accordance with the terms and conditions of the letter of credit. Based on the documents alone we hereby notify you that the documents are not acceptable to us. Our dishonor is based on the following discrepancies noted below:

1.  **Letter of Credit expired December 31, 2002.** As per our non-renewal notice dated October 22, 2002 which was delivered to and confirmed received at the beneficiary's counters on October 23, 2002 at 9:31 am.

Please use the space provided below and kindly give us your instructions for further handling of this drawing and your documents. Meanwhile, the documents remain at your risk and disposal. Should you need additional assistance or clarification you may contact me directly at: 336-735-3372 as I would be most pleased to assist you.

                                        Very Truly Yours,
                                        Wachovia Bank, N.A.

                                        Brian E. Perryman

**PLEASE USE THE NEXT PAGE FOR YOUR RESPONSE AND FAX IT BACK TO MY ATTENTION AT 336-735-0950 WITHIN 48 HOURS FROM RECEIPT.**

Page 1 of 2

SEP 15'04 12:38 FR WACHOVIA INT.          3367350954 TO 916173711051      P.02/02

FAX TO:  Brian E. Perryman  FAX# 336-735-0950

REFERENCE; STANDBY DRAWING RESPONSE..................page 2 of 2

AMOUNT: USD 98,706.69

LETTER OF CREDIT NUMBER: X549226

---

**For Beneficiary's use,  please check one**

(    ) Hold the documents at your counters, we will send in corrected documents to you.
We understand the corrected documents must be received within the validity of the letter
of credit.

(    ) Return the documents to us,  we will re-present at a later date, within the validity
of the letter of credit.

(    ) Contact the applicant for their approval to accept despite discrepancies noted
contingent upon your agreement to same.

(    ) Return all documents to us, we hereby recind our drawing request at this time.

Please note that we must receive your response on the disposal of the documents within
48hrs, otherwise, they will be automatically returned to you at our complete discharge.

-----------------------------------------
**Authorized Signer for Beneficiary**

# Commonwealth of Massachusetts

5

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. _04-2812 B_____

Citizens Bank of Massachusetts_____ , Plaintiff(s)

v.

Wachovia Bank, N.A. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon ____David C. Aisenberg_____
Looney, Cohen, Reagan, & Aisenberg LLP

plaintiff's attorney, whose address is ___109 State Street, Boston, MA 02109___ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the_____25th_____ day of
June_____, in the year of our Lord two thousand _and four_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev. 30M 10/2000

I HEREBY ATTEST AND CERTIFY ON

OCT. 26, 2004 , THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.



MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____

ASSISTANT CLERK.

NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.