FILED
IN CLERKS OFFICE

2004 OCT 14 A 8:47

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

Docket No:

| | |
|---|---|
| CITIZENS BANK OF MASSACHUSETTS <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| WACHOVIA BANK, N.A. <br> Defendant | ) <br> ) <br> ) |

### AFFIDAVIT OF MATTHEW W. PERKINS

I, Matthew W. Perkins, swear and affirm as follows:

1. I am an attorney-at-law licensed to practice before all courts in the Commonwealth of Massachusetts and a member of the law firm of Lecomte, Emanuelson and Doyle, attorneys for the Defendant, Wachovia Bank, N.A. As such, I have personal knowledge of the facts stated herein. If called as a witness, I could and would competently testify thereto.

2. The Defendant, Wachovia Bank, N.A. ("Wachovia Bank") is a citizen of and chartered in the State of North Carolina with its principal place of business in Charlotte, North Carolina.

Signed under the pains and penalties of perjury this 13th day of October, 2004.

_____
Matthew W. Perkins, Esquire
BBO #564868