UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04CV-12160-NG

CITIZENS BANK OF MASSACHUSETTS, )
)
Plaintiff, )
v. )
)
WACHOVIA BANK, N.A., )
)
Defendant. )

PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS

The plaintiff Citizens Bank of Massachusetts hereby moves this Court to extend the time within which it must respond to the defendant Wachovia Bank, N. A.'s motion to dismiss by another two weeks to December 22, 2004. This motion is based on the fact that the parties continue in active settlement discussions and it has been assented to by the defendant Wachovia Bank, N.A.

Citizens Bank of Massachusetts
By its attorneys,

/s/ Patrick Reagan
David C. Aisenberg, BBO#545895
Patrick M. Reagan, BBO#413550
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
(617) 371-1050

Assented to:

/s/ Matthew W. Perkins (PMR)
Matthew W. Perkins BBO#564868
Counsel for Defendant Wachovia Bank, N.A.

CERTIFICATE OF SERVICE

    I, Patrick M. Reagan, hereby certify that I have this 8th day of December 2004 served a copy of the above Plaintiff's Assented To Motion To Extend Time To Respond To Defendant's Motion to Dismiss upon Matthew W. Perkins, Esquire, Counsel for Defendant Wachovia Bank, N.A., at Lecomte, Emanuelson and Doyle, Batterymarch Park II, 1 Pine Hill Drive, Quincy, MA 02169 by first class mail.

                                      Patrick M. Reagan