UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No:04CV12160NG

CITIZENS BANK OF MASSACHUSETTS )
    Plaintiff                                 )
                                         )
vs.                                        )
                                       )
WACHOVIA BANK, N.A.               )
    Defendant                              )

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff in the above matter and stipulates that this action may be dismissed with prejudice, without costs and waiving all rights of appeal as to Defendant Wachovia Bank, N.A.,

          For the Plaintiff
          By its Attorneys,

          _____
          David C. Aisenberg, Esquire
          Looney Cohen Regan & Aisenberg
          109 State Street
          Boston, MA 02109